# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**WALTER HERNANDEZ, SR.,**

    **Petitioner,**

**v.**                                            **CASE NO. 5:17cv25-MCR/CAS**

**WARDEN, FCI MARIANNA,**

    **Respondent.**

_____/

## **O R D E R**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated January 25, 2018. ECF No. 18. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* review of any timely filed objections.

Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 18, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 11, is **GRANTED**.

3. The petition for writ of habeas corpus filed by Walter Hernandez, Sr., pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

4. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 23rd day of February 2018.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**